446 F.2d 641
 Nathan A. CORMIE, and his wife Addie B. Cormie,
Plaintiff-Appellee-Cross-Appellant,
v.
SECURITY INSURANCE COMPANY OF HARTFORD,
Defendant-Appellant-Cross-Appellee.
 No. 71-1918 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 Aug. 19, 1971.
 
 P. A. Bienvenu, New Orleans, La., Timothy J. McNamara, Davidson, Meaux, Onebane & Donahue, Lafayette, La., Bienvenu & Culver, New Orleans, La., for defendant-appellant.
 Robert E. Morgan, Lake Charles, La., for plaintiff-appellee.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966